JACQUES SELIGMANN & Co., INC., Respondent, v. JACOB M. HEIMANN, Appellant.— Orders affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.; Martin, P. J., and Glennon, J., dissent and vote to modify by granting the motion for summary judgment on the second cause of action.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 277 PARK AVENUE CORPORATION, Respondent, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, Appellants. [277 Park Ave., Borough of Manhattan.] — Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [See *post*, p. 840.]

COMMISSIONER OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. ARTHUR COX, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

MARROW MANUFACTURING CORPORATION, Appellant, v. JOSEPH EITINGER, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [185 Misc. 900.] [See *post*, p. 893.]

ABRAHAM GERSTENZANG, INC., Appellant, v. ALFRED HAHN et al., Individually and as Copartners, Doing Business under the Name of UNION NOVELTY COMPANY, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.

L. N. JACKSON & COMPANY, INC., Appellant, v. SEAS SHIPPING COMPANY, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ. [185 Misc. 94.]

In the Matter of CHARLES V. GRIS, Petitioner, against ABRAHAM S. WECHSLER, as Director of Licenses of the Department of State, Respondent.— Determination unanimously confirmed, with $50 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Callahan and Peck, JJ.